IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 08 cv 02827-CMA-MJW

CALVIN HARRIS,
OLIVIA SIAUW,
JOLENE MADRID,
RACHEL LOPEZ,
    Plaintiffs,

v.

SHANE COMPANY, INC. d.b.a. Western Stone and Metal Company
    Defendant,

---

**ORDER TO AMEND ORDER OF REFERENCE OF JANUARY 9th, 2009**
( Docket no 6 )

---

THIS COURT, having reviewed the Plaintiffs Motion to Amend the Court's Order of January 9th, 2008 to extend the deadline for Plaintiffs to effect service of the summons and complaint on Defendant, and being fully advised, finds good cause for said Motion, and hereby

GRANTS said Motion Amending the Court's Order of January 9th, 2009 and orders Plaintiffs to effect service of the summons and complaint on Defendant 14 days after the automatic stay entered as a result of Defendant's bankruptcy has been lifted or a motion for relief of stay has been granted by the Bankruptcy Court.

DONE AND SIGNED this 9th day of February, 2009.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE ARGUELLO/

MAGISTRATE JUDGE WATANABE