IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 08-cv-02827-CMA-MJW

CALVIN HARRIS,
OLIVIA SIAUW,
JOLENE MADRID, and
RACHEL LOPEZ,

    Plaintiffs,

v.

SHANE COMPANY, INC., d/b/a WESTERN STONE & METAL CORP.,

    Defendant.

## ORDER FOR ADMINISTRATIVE CLOSURE

This matter is before the Court on Plaintiffs' Motion for Administrative Closure (Doc. # 16). The Court having reviewed the Motion, and being otherwise advised, hereby ORDERS:

1. The Clerk of the Court is directed to ADMINISTRATIVELY CLOSE the above-referenced civil action WITHOUT PREJUDICE pursuant to D.C.Colo.LCivR 41.2.

2. Plaintiffs may reopen this matter for good cause, including but not limited to Plaintiffs' discovery of insurance coverage for their claims, within six (6) months of Defendant emerging from the bankruptcy protection provided by the bankruptcy case *In re Shane Co.,* Docket No. 09-10367-HRT.

3. The December 31, 2008 filing date of Plaintiffs' Complaint and Jury Demand is retained for purposes of the statute of limitations on Plaintiffs' claims.

DATED: July __24__, 2009

BY THE COURT:

_/s/ Christine M. Arguello_
CHRISTINE M. ARGUELLO
United States District Judge