**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-02827-CMA-MJW

CALVIN HARRIS,
OLIVIA SIAUW,
JOLENE MADRID, and
RACHEL LOPEZ,

    Plaintiffs,

v.

SHANE COMPANY, INC., d/b/a WESTERN STONE & METAL CORP.,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

By Order dated July 24, 2009, this case was administratively closed without prejudice (*see* Doc. # 17). This matter being now before the Court on Plaintiff's Unopposed Motion To Dismiss All Claims With Prejudice (Doc. # 18) and the Court being duly advised in this matter, it is hereby ORDERED as follows:

    1)    Plaintiff's Motion to Dismiss (Doc. # 18) is GRANTED; and

    2)    This matter is DISMISSED WITH PREJUDICE, each party to bear his, her or its own fees and costs.

    DATED:  December __21__, 2011

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge